No. 609. ILLINOIS EX REL. HACKLER *v.* LOHMAN, SHERIFF. Supreme Court of Illinois. Certiorari denied. *Henry H. Koven* for petitioner.

No. 612. CLIFF *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Zach H. Douglas* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Meyer Rothwacks* for the United States.

No. 613. THE DEUTSCH COMPANY *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Leon M. Cooper* for petitioner. *Solicitor General Rankin, Stuart Rothman, Thomas J. McDermott* and *Dominick L. Manoli* for respondent.

No. 614. STRICKER *v.* MORGAN ET AL. C. A. 5th Cir. Certiorari denied. *Gerard H. Brandon* and *Edwin Leland Richardson* for petitioner. *W. H. Talbot* for respondents.

No. 615. BRADFORD *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 624. VAUGHN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Ralph L. Crawford* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.